**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1727**

RUSSELL F. WALKER,

Plaintiff - Appellant,

v.

HOKE COUNTY BOARD OF ELECTIONS; NORTH CAROLINA STATE
BOARD OF ELECTIONS,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro. Catherine C. Eagles, District Judge. (1:17-cv-00078-CCE-JLW)

Submitted: July 27, 2017                                      Decided: July 31, 2017

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Russell F. Walker, Appellant Pro Se. Brian Collins Fork, Charles Foster Marshall, III,
Craig Daniel Schauer, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD,
Raleigh, North Carolina; James Bernier, Jr., NORTH CAROLINA DEPARTMENT OF
JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell F. Walker appeals the district court's order dismissing his complaint for failure to state a claim for relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walker v. Hoke Cnty. Bd. Of Elections*, No. 1:17-cv-00078-CCE-JLW (M.D.N.C. June 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*